

I Ronald Gene Wooten SID Nom 105-861 is being denied mental Health medication Ive been on for over 10 years I don't exactly know how To file A Law Suit if the courts could please issue A court Appointed counselor to Guile me and help me in his Matter see Weber v. McMichea 2013 US Dist Lexis 196235 – Beatel v. Collier 2020 US Dis. Lexis 201767 I Am Being Denied Mental Health services and I Need medications and counseling I am currently encarcerated in Tom Green county Jail in San Angelo TX I am Indegent Cant afford Counsel Please help me. Thank you

Ive went Through the Grievance Progam and nothings being Done

I Am currently indegent and HAve mental and Need A Attorney assistance



Ronald Wooten 105-861
Tom Green County Detention facility
5181 Knickerbocker Rd
San Angelo TX 76904
San Angelo TX
76905

US +Govt 277

SCREENED BY CSO
FEB 24 2023

RECEIVED
February 24, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
                    DEPUTY

Westen District of Texas
2450 State Hwy 118
Alpine, TX 79830

ABILENE TX 796

21 FEB 2023 PM 1 T

USA ★ FOREVER

# Tom Green County Sheriff's Office



**Roger B. Looks**
Chief Deputy

**Phone 325-655-8**
**FAX-325-655-539**

**Sheriff J. Nick Hanna**
222 W. Harris
San Angelo, Texas 76903

---

DATE:   2/13/2023
TO:     **WOOTEN, RONALD SO# 105861**
CC:
FROM:   **LT. LEVI VANCE**
RE:     **GRIEVANCE INTERIM RESPONSE**

---

Mr. Wooten:

I am in receipt of the grievance you submitted regarding Medical. At this time, I am investigating this grievance.

If this issue has been resolved, you may not have to submit another grievance.

Thank you for your time,

*R. V—*

Lt. Levi Vance



Philip J. Devlin
Clerk of Court

Annette French
Chief Deputy

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
262 W Nueva, Suite 3-260
San Antonio, Texas 78207

February 24, 2023

Ronald Wooten # 105861
Tom Green County Jail
4382 N. US Highway 227
San Angelo, Texas  76905

Mr. Wooten,

We are in receipt of your recent correspondence. Unfortunately, your grievance is against a
facility that falls within the jurisdiction of the Northern District of Texas-San Angelo Division.
I would recommend that you file your grievance to the following address:

United States District Court
33 E. Twohig Avenue, Room 202
San Angelo, TX 76903-6451
Telephone Number: 325-655-4506

Respectfully,

*Yvette Lujan*

Division Manager
U.S. District Court
Pecos Division
Western District of Texas



USA ★ FOREVER

FSC
MIX
FSC® C137131

Ronald Wooten 1058861
Tom Green County
43800 N. U.S. Highway 277
San Angelo TX
76905

SAN ANGELO, TX 76903
DETENTION FACILITY

United States District Court
33 E. Two hig Ave. Room D409
San Angelo TX 76903
6/5

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

76903-6451 C002
2018

RECEIVED

MAR - 6 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

© USPS 2019