IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| RONALD GENE WOOTEN, Institutional ID No. 105861 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-CV-00017-C |
| TOM GREEN COUNTY JAIL, | § § § | |
| Defendant. | § | |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated this 27th day of June, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

1